■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JUAN RENZO MOSQUERO, Appellant. [53 NYS3d 839]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated May 20, 2015 (*People v Mosquero*, 128 AD3d 985 [2015]), affirming a judgment of the Supreme Court, Queens County, rendered March 19, 2012.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Rivera, J.P., Leventhal, Chambers and Sgroi, JJ., concur.